ACCEPTED
01-14-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 1:58:25 AM
CHRISTOPHER PRINE
CLERK

No. 01-14-00845-CV

IN THE FIRST COURT OF APPEALS OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 1:58:25 AM
CHRISTOPHER A. PRINE
Clerk

David Lancaster

*Appellant*

V.

Barbara Lancaster

*Appellee*

On appeal from the 247TH Judicial District

Court of Harris County, Texas Trial Court

Cause No. 2013-05066

*Request for Pro Se Access to the Appellate Record*

This request *for Pro Se Access to the Appellate Record* *i*s brought by David Lancaster appellant who would show the following:

Though requested, ordered and paid for by David Lancaster, Appellant David Lancaster has not received a copy of the clerks record filed.

Neither does David Lancaster have access to the Appellate Record in order to review or verify its completeness as received by the 1st Court of Appeals.

David Lancaster hereby requests a copy of clerks records submitted and on file with the First Court of Appeals Texas as of May 6th 2015 be mailed to him at the address stated below.

Respectfully  Submitted,

David Lancaster

P.O. Box 722

Gray, La. 70359

Tel:  (502)  693-8011

david.lancaster5O@gmail.com

By:*/s/ David Lancaster*

Pro Se